IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　　　　　CRIMINAL ACTION NO. 3:03-00214
　　　　　　　　　　　　　　　　　　　(CIVIL ACTION NO. 3:04-0955)

CHRISTOPHER JASON JOHNSON

**JUDGMENT ORDER**

In accordance with the accompanying order, the Court **DENIES** the relief sought in this § 2255 proceeding, and **ORDERS** that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

ENTER:　　　January 25, 2006

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE